# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **HEARING MINUTES** |
| v. | **INITIAL APPEARANCE** |
| **TRACY SHELDON aka Tracy Zeske** | Case No. 20-M-609 |

HONORABLE JAMES R. SICKEL, presiding      Time Called: 4:33 pm
Proceeding Held: January 22, 2020      Time Concluded: 4:43 pm
Deputy Clerk: Lori      Tape: 012220

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | William J. Roach |
| TRACY SHELDON in person and by: | Thomas E. Phillip |
| US PROBATION OFFICE by: | Robert Herman |
| INTERPRETER: None | ☐ Interpreter Sworn |

---

☒ Defendant advised of rights
☒ Court orders counsel appointed
☒ Copy of ☐ complaint ☒ SDNY Indictment received by Defendant; ☐ document read; ☒ reading waived

☒ Defendant advised of maximum penalties
Maximum penalties:
Ct 1: 20 yr; Fine: $1 million; SR: 3 yr. mm – life; SA: $100; Ct 2: same penalties as count 1

Defendant waives:
☐ Preliminary Hearing
X Identity Hearing

Court sets:
☐ Preliminary Hearing:
☐ Identity Hearing:

---

☒ Detention hearing held.
☒ Defendant released on: ☒ O/R bond; ☐ Cash bond; ☐ Property bond; ☒ with conditions.
   SEE Order Setting Conditions of Release.
☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
☐ Court orders federal detainer.
☐ Defendant is ordered temporarily detained. Detention hearing set for:

---

Waiver filed. The Court accepts the waiver.
The government agrees with the pretrial services report for release with conditions.
Defendant agrees to condition of release.
Defendant is to appear in the Southern District of New York District Court on January 31, 2020 at 1:00 PM before Judge Marrero. (500 Pearl Street Courthouse, New York, NY)